IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| THOMAS A. TORNOW, | * | |
| Plaintiff, | * | |
| v. | * | CV 121-189 |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | * | |
| Defendant. | * | |

**O R D E R**

Presently before the Court is the Acting Commissioner's motion to remand. (Doc. 6.) The Acting Commissioner represents that significant portions of the recording from the March 5, 2021 hearing are inaudible or incorrectly transcribed, and such procedural defect is "good cause" for remand. (Id. at 2.) He also affirms that Plaintiff does not oppose this motion. (Id.)

Under sentence six of 42 U.S.C. § 405(g), "[t]he court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner . . . ." Upon due consideration, pursuant to this provision, the Court **GRANTS** the Acting Commissioner's motion. (Doc. 6.) The Clerk **SHALL TERMINATE** all pending motions and deadlines and **REMAND** this action to the Acting Commissioner for further proceedings.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of February, 2022.

*[signature]*

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA