IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| THOMAS A. TORNOW, | * | |
| Plaintiff, | * | |
| v. | * | CV 121-189 |
| MARTIN O'MALLEY, Commissioner of Social Security, | * | |
| Defendant. | * | |

**O R D E R**

Before the Court is the Commissioner of Social Security's ("Commissioner") unopposed motion to vacate the Court's February 28, 2022 Order remanding this case under sentence six of 42 U.S.C. § 405(g) and to reopen and reinstate this action on the Court's docket. (Doc. 10.) On February 28, 2022, the Court remanded this action to the Commissioner under sentence six of 42 U.S.C. § 405(g), which allows the Court to remand an action to the Commissioner "for good cause shown" before the Commissioner files an answer. (Doc. 7, at 1.) The Court found there was "good cause" to remand because the then-Acting Commissioner of Social Security "represent[ed] that significant portions of the recording from the March 5, 2021 hearing [we]re inaudible or incorrectly transcribed." (Id.) The Commisisoner now provides that, "[o]n remand, the Commissioner, through an administrative law judge,

held a new hearing and issued a partially favorable decision." (Doc. 10, at 1.) The Commissioner has thus "prepared and certified an administrative record for filing in this Court," and represents there is no longer good cause for the case to remain on remand. (Id. at 1-2.)

Upon due consideration, the Commissioner's motion to vacate and reopen the case (Doc. 10) is **GRANTED**. **IT IS HEREBY ORDERED** that the Court's February 22, 2022 Order is **VACATED**, and the Clerk is **DIRECTED** to **REOPEN** this case.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of February, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA